```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRANDON McMURRIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-442 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE AND EXCLUDE** |
| v. ) | **TIME** |
| ) | |
| BRANDON McMURRIAN and ) | |
| JOEL MURDOCH, ) | DATE: February 26, 2013 |
| ) | TIME: 9:15 a.m. |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney; defendant BRANDON McMURRIAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant, JOEL MURDOCH, by and through his counsel, DONALD DORFMAN, that the status conference set for January 29, 2013 be continued to February 26, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 26, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 24, 2013    Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
BRANDON McMURRIAN

/s/ Donald Dorfman
DONALD DORFMAN
Attorney for Defendant
JOEL MURDOCH

DATED: January 24, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 29, 2013 status conference shall be continued until February 26, 2013, at 9:15 a.m.

DATED: January 29, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT