```
1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BRANDON McMURRIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-442 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| BRANDON McMURRIAN and JOEL MURDOCH, | DATE: June 18, 2013<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney; defendant BRANDON McMURRIAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant, JOEL MURDOCH, by and through his counsel, DONALD DORFMAN, that the status conference set for April 30, 2013 be continued to June 18, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

The parties stipulate that the Court shall find the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

The parties stipulate that time within which the trial of this case must be commenced under the Speedy Trial Act shall be excluded from computation of time beginning from the date of this stipulation through the date of the status conference set for June 18, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 24, 2013          Respectfully submitted,

                               JOSEPH SCHLESINGER
                               Acting Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               BRANDON McMURRIAN


                               /s/ Donald Dorfman
                               DONALD DORFMAN
                               Attorney for Defendant
                               JOEL MURDOCH

DATED: April 24, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               SAMUEL WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, April 24, 2013, up to and including June 18, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 30, 2013 status conference shall be continued to June 18, 2013, at 9:15 a.m.

DATED: April 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3