MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for BRANDON McMURRIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. CR-S-12-442 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| BRANDON McMURRIAN, ) | |
| JOEL MURDOCH, et al, ) | Date: 11-13-13 |
| Defendants. ) | Time: 9:15 a.m. |
| ==============================) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, Michael D. Long, attorney for defendant Brandon McMurrian, and Donald Dorfman, attorney for defendant Joel Murdoch that the status conference date of September 10, 2013, should be continued until November 13, 2013.  The continuance is necessary because additional discovery will be provided by the government and negotiations are continuing between the government and defense counsel.  Additionally, co-defendants Ayler and Lane were arraigned this week and they set a status hearing for November 13, 2013.  All four co-defendants should have the same status conference date.  Defendants McMurrian, Murdoch and AUSA Samuel Wong jointly agree that time should continue to be excluded until November 13, 2013.  Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through November 13, 2013.

-1-

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new court date of November 13, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: September 5, 2013            Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Brandon McMurrian

Dated: September 5, 2013            Respectfully submitted,

/s/ Donald Dorfman
Donald Dorfman
Attorney for Joel Murdoch

Dated: September 5, 2013            BENJAMIN WAGNER
United States Attorney

/s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-12-442 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| BRANDON McMURRIAN, | ) |
| JOEL MURDOCH, et al, | ) Date: 11-13-13 |
| Defendants. | ) Time: 9:15 a.m. |
| ===============================) | Judge: Hon. Lawrence K. Karlton |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 10, 2013, at 9:15 a.m. be continued to November 13, 2013, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case, based on the parties still negotiating the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The court finds that the reasons for granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to November 13, 2013, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare and to complete negotiations.

Dated:  September 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT