**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Allen Lane

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON MCMURRIAN,<br>JOEL MURDOCH,<br>KEVIN AYLER, and<br>ALLEN LANE,<br><br>　　　　Defendants | Case No. Cr.S-12-442 LKK<br><br>AMENDED<br>STIPULATION AND ORDER<br>CONTINUING STATUS<br><br>Date:　January 22, 2014<br>Time:　9:15 AM<br>Court:　LKK |

**STIPULATION TO CONTINUE STATUS CONFERENCE**

　　　Pursuant to agreement between the parties it is hereby stipulated that the status conference in the above referenced matter be continued to January 22, 2014 at 9:15 AM.

　　　The basis for this request is that defense counsel have been advised by the government that there is presently additional discovery to be provided and that said discovery must be reviewed by defense counsel in order to effectively represent

-1-

their respective clients. Furthermore, counsel are continuing to negotiate with the government to resolve this matter. In the event that the parties are able to achieve a pretrial resolution of this case, defense counsel will need additional time to explain the ramifications of any plea agreement versus proceeding to trial to their respective clients.

IT IS FURTHER STIPULATED that the period from November 13, 2013, (the date set for the previous status conference) through and including January 22, 2014, be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 for reasonable time to prepare for all counsel.

**IT IS SO STIPULATED.**

DATED: November 7, 2013

/S/Samuel Wong, Esq.,
SAMUEL WONG, Esq.,                    Dated: November 7, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/Michael Bigelow, Esq.,              Dated: November 7, 2013
MICHAEL BIGELOW
Attorney for Defendant
Allen Lane


/S/Donald Dorfman, Esq.,               Dated: November 7, 2013
DONALD DORFMAN
Attorney for Defendant
Joel Murdoch

/S/ Steve Plesser, Esq.,                    Dated: November 7, 2013
STEVE PLESSER, Esq.,
Attorney for Defendant
Kevin Ayler

/S/ Michael Long, Esq.,                     Dated: November 7, 2013
MICHAEL LONG, Esq.,
Attorney for Defendant
Brandon McMurrian

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from November 13, 2013, up to and including the January 22, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)

(A) and (B) (iv) and Local Code T4, to allow all counsel reasonable time to prepare.

**IT IS ORDERED:** that pursuant to stipulation the above-referenced matter shall be continued until January 22, 2014 at 9:15 AM, and time excluded for the reasons set forth above.

DATED: November 12, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT